WHALEN v. CHICAGO, M. & ST. P. RY. CO. (Circuit Court of Appeals, Seventh Circuit. July 23, 1900.) No. 712. In Error to the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. Charles B. Keeler, for defendant in error. Docketed and dismissed, on motion of counsel for defendant in error.

---

WHITE v. SCHLOERB. (Circuit Court of Appeals, Seventh Circuit.) Questions of law certified to the supreme court of the United States. See 20 Sup. Ct. 1007, 178 U. S. 542, 44 L. Ed. 1183.

---

WHITEBREAST FUEL CO. v. ATLANTIC TRUST CO. et al. (Circuit Court of Appeals, Seventh Circuit. July 23, 1900.) No. 710. Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. Samuel P. Wheeler, for appellees. Docketed and dismissed, on motion of appellees.